UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
LARRY KLAYMAN,                         )
                                       )
       Plaintiff,                      )
                                       )
       v.                              )   Civil Action No. 11-874 (RBW)
                                       )
MARK ZUCKERBERG, and                   )
FACEBOOK, INC.,                        )
                                       )
       Defendants.                     )
_____ )

# ORDER

On July 18, 2011, the Court denied the plaintiff leave to file an amended complaint because he had not complied with the requirements of Federal Rule of Civil Procedure 15(a)(2). On July 20, 2011, the parties filed a joint stipulation in which they represented that they had agreed that the plaintiff would file an amended complaint, and that the defendants would have until August 5, 2011, to answer or otherwise respond to the complaint. On July 28, 2011, the defendants filed a motion to dismiss the amended complaint and a motion to transfer the case to the United States District Court for the Northern District of California. The motion to dismiss asserts that the "plaintiff has tendered an amended complaint," Defendants' Motion to Dismiss at 1, which leads the Court to believe that the defendants are in possession of the amended complaint. As of today's date, however, no amended complaint has been filed with the Court.

Because the plaintiff's failure to file his amended complaint could be interpreted as failure to prosecute pursuant to Federal Rule of Civil Procedure 41, this case is at risk of being

dismissed, the parties' agreements in the joint stipulation notwithstanding.  Accordingly, it is hereby

**ORDERED** that the plaintiff shall file his amended complaint with the Court on or before August 22, 2011.[1]

**SO ORDERED** this 19th day of August, 2011.

REGGIE B. WALTON  
United States District Judge

---

[1] The failure to do so may result in the dismissal of this case.