UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
LARRY KLAYMAN,                      )
                                    )
            Plaintiff,              )
                                    )
      v.                            )   Civil Action No. 11-874 (RBW)
                                    )
MARK ZUCKERBERG, and                )
FACEBOOK, INC.,                     )
                                    )
            Defendants.             )
_____)

**ORDER**

On July 18, 2011, the Court denied the plaintiff leave to file an amended complaint because he had not complied with the requirements of Federal Rule of Civil Procedure 15(a)(2). On July 20, 2011, the parties filed a joint stipulation in which they represented that they had agreed that the plaintiff could file an amended complaint, and that the defendants would have until August 5, 2011, to answer or otherwise respond to the complaint. On August 19, 2011, the Court Ordered the plaintiff to file an amended complaint on or before August 22, 2011 and clearly warned the plaintiff that failure to do so put this case at risk of being dismissed. See Klayman v. Zuckerberg, et al., Order, No. 11-cv-874 at 1-2 (RBW) (D.D.C. August 19, 2011) ("Because the plaintiff's failure to file his amended complaint could be interpreted as failure to prosecute pursuant to Federal Rule of Civil Procedure 41, this case is at risk of being dismissed, the parties' agreements in the joint stipulation notwithstanding.") On August 22, 2011, the plaintiff filed a motion for an extension to "file his motion to amend the complaint," Motion for Extension of Time at 1, indicating that he would file the amended complaint by August 29, 2011.

The Court entered a Minute Order on August 24, 2011, in which it denied the motion for an extension for being untimely filed and lacking the Local Rule 7(m) certification, and explained that the July 20, 2011 joint stipulation satisfied Federal Rule of Civil Procedure 15(a)(2) and relieved the plaintiff of the need to seek leave of court to file an amended complaint.  As of today's date, no amended complaint has been filed.

In accordance with the Court's prior warning that this case was at risk of being dismissed, and pursuant to Federal Rule of Civil Procedure 41(b), it is hereby

**ORDERED** that this case be **DISMISSED WITH PREJUDICE**.  It is further

**ORDERED** that this case be closed.

**SO ORDERED** this 16th day of September, 2011.

REGGIE B. WALTON<br>United States District Judge