# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY KLAYMAN**,  )<br>                              )<br>         Plaintiff,       )<br>                              )   Civil Case No. **11-874 (RBW)**<br>     v.                       )<br>                              )<br>**MARK ZUCKERBERG** and **FACEBOOK, INC.**, )<br>                              )<br>         Defendants.    )<br>                              ) | |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion to Dismiss, the memoranda in support and opposition thereto, as well as upon consideration of the arguments of the parties, it is this ___ day of _____, 2012:

**ORDERED** that Defendants' motion is **GRANTED**; and

**FURTHER ORDERED** that Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE.**

                                                                                    _____
                                                                                    Reggie B. Walton
                                                                                    United States District Judge

**LIST OF ATTORNEYS ENTITLED TO NOTICE OF ENTRY OF PROPOSED ORDER**

| Attorneys for Defendants:<br>Facebook, Inc.<br>Mark Zuckerberg | Craig S. Primis, P.C. (D.C. Bar No. 454796)<br>K. Winn Allen (D.C. Bar No. 1000530)<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, D.C.  20005<br>(202) 879-5000 |
|---|---|
| Plaintiff, pro se | Larry Klayman<br>2000 Pennsylvania Ave. N.W., #345<br>Washington, DC 20006 |